IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:12-cv-00733-LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| MICHAEL G. BOYD, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having agreed to the terms and conditions of release as stipulated by the parties and stated for the record on April 12, 2013;

IT IS HEREBY ORDERED that the defendant shall be released forthwith. The defendant is ORDERED to appear for any future court hearings and to meet with Revenue Officer David Lopez on Thursday, April 18, 2013 at 9:00am.  Failure to appear, either at the meeting with the Revenue Officer or at the next Court hearing will result in a stipulated and immediate judgement in the amount of $125,816.

IT IS SO ORDERED.

Dated:  April 12, 2013          /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

1