# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 12-0733 LJO SAB |
| Petitioner, | **ORDER TO APPEAR** |
| vs. | Date: May 13, 2013 |
| MICHAEL G. BOYD, | Time: 10 a.m.<br>Dept.: 4 (LJO) |
| Respondent. | |
| _____ / | |

Pursuant to this Court's March 13, 2013 civil contempt order and March 14, 2013 bench warrant, respondent Michael G. Boyd ("Mr. Boyd") appeared in custody before this Court on April 12, 2013. Petitioner United States of America ("petitioner") appeared by Assistant U.S. Attorney Glen Dorgan, and Internal Revenue Service ("IRS") Revenue Officer David Lopez ("Revenue Officer Lopez") also appeared. Federal Defender Janet Bateman appeared for Mr. Boyd. After discussion with the parties and on the basis of good cause, this Court incorporates herein the parties' on-the-record stipulation ("stipulation") and issues this order thereon. More specifically, this Court:

1. ORDERS Mr. Boyd to meet with Revenue Officer Lopez on April 18, 2013 at 9 a.m. at 2525 Capitol Street, Suite 206, Fresno, CA 93721;

2. ORDERS Mr. Boyd to provide at the meeting with Revenue Officer Lopez a completed IRS Form 433A, his 2012 profit and loss statement, bank records for 2012 to present, and

1

1       other records which Mr. Boyd agreed to provide pursuant to the stipulation;

2   3.   ORDERS Mr. Boyd to appear before this Court on May 13, 2013 to address compliance with the stipulation and related matters. This hearing may be vacated if petitioner provides advance notice that Mr. Boyd has satisfied the stipulation and related requirements; and

6   4.   ORDERS the clerk and petitioner to serve Mr. Boyd and Federal Defender Bateman with this order.

**If Mr. Boyd fails to comply with the stipulation and this order, a $125,816 judgment will be entered against Mr. Boyd.**

IT IS SO ORDERED.

**Dated:**   **April 12, 2013**       /s/ **Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE