BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
email:  yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cv-00733-LJO-SAB |
|---|---|
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| MICHAEL G. BOYD, | **Taxpayer:** **MICHAEL G. BOYD** |
| Respondent, | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons enforced here.  The case can and should be closed.

Dated:  April 19, 2013                                   Respectfully submitted,

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

                                              By:     */s/   YHimel*
                                                         YOSHINORI H. T. HIMEL
                                                         Assistant U.S. Attorney
                                                         Attorneys for Petitioner
                                                         United States of America

PETITIONER'S NOTICE OF COMPLIANCE;
ORDER CLOSING FILE

1

## **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file. This Court VACATES all pending dates and matters, including the May 13, 2013 hearing.

IT IS SO ORDERED.

Dated: **April 19, 2013**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

PETITIONER'S NOTICE OF COMPLIANCE;
ORDER CLOSING FILE

2